## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

In Re:   *CAROLYN ANN HITCHMAN*                              Case No.:   *06-04162-8-JRL*

### REPORT OF UNCLAIMED DIVIDEND

    The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

    1. That the following checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have never been negotiated:

| NAME AND LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| *NEW HANOVER REGIONAL MEDICAL CENTE*<br>*PO BOX 9000*<br>*2131 S. 17TH STREET*<br>*WILMINGTON, NC 28402-9000* | $5.42 |

    2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

    WHEREFORE, the undersigned Trustee desires to pay into the Court said unclaimed dividends pursuant to 11 USC 1347.

DATED:  December 2, 2009

/S/ RICHARD M. STEARNS
RICHARD M. STEARNS
Chapter 13 Trustee
Post Office Box 2218
Kinston, North Carolina 28502
Phone:  (252) 523-2295